UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MILWAUKEE CENTER FOR INDEPENDENCE,
INC.,

Plaintiff,

v.                                                     Case No.: 15-cv-1479-LA

MILWAUKEE HEALTH CARE, LLC; AND
WILLIAM NICHOLSON,

Defendants.

---

### MCFI's Notice of Motion and Motion to Permit Registration of Judgment for Enforcement in Other Districts Pursuant to 28 U.S.C. § 1963

---

Pursuant to 28 U.S.C. § 1963, Plaintiff Milwaukee Center for Independence ("MCFI"), by its attorneys, Gass Weber Mullins LLC, moves for an order to enforce the Court's September 18, 2018 Judgment against defendants and to register the judgment in other districts.

The grounds for this motion are set forth in the accompany brief, declaration of Stephen T. Trigg, table of unpublished authorities, and the pleadings and records already on file with this Court.

Dated this 8th day of November, 2018.

**GASS WEBER MULLINS LLC**
Attorneys for Plaintiff


By: *s/ Stephen T. Trigg*_____
    Ralph A. Weber, SBN 1001563
    Stephen T. Trigg, SBN 1075718

Contact Information:
Gass Weber Mullins LLC
241 N. Broadway, Suite 300
Milwaukee, Wisconsin 53202
Ph.: 414-223-3300
Fax: 414-224-6116
Email: weber@gwmlaw.com
      trigg@gwmlaw.com