UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MILWAUKEE CENTER FOR INDEPENDENCE,
INC.,

Plaintiff,

v.  Case No.: 15-cv-1479-LA

MILWAUKEE HEALTH CARE, LLC; AND
WILLIAM NICHOLSON,

Defendants.

---

**MCFI's Notice of Motion and Motion For Charging Orders**

---

Pursuant to Fed. R. Civ. P. 69(a)(1) and Wis. Stat. § 183.0705, Plaintiff Milwaukee Center for Independence ("MCFI"), by its attorneys, Gass Weber Mullins LLC, moves for an order charging defendant William Nicholson's interests in limited liability companies with payment of the unsatisfied amount of MCFI's September 18, 2018 judgment against Mr. Nicholson.

The grounds for this motion are set forth in the accompany brief, table of unpublished authorities, and the pleadings and records already on file with this Court.

Dated this 18th day of April, 2019.

                                                **GASS WEBER MULLINS LLC**
                                                Attorneys for Plaintiff


                                          By: *s/ Stephen T. Trigg*
                                              Ralph A. Weber, SBN 1001563
                                              Stephen T. Trigg, SBN 1075718

Contact Information:
Gass Weber Mullins LLC
241 N. Broadway, Suite 300
Milwaukee, Wisconsin 53202
Ph.: 414-223-3300
Fax: 414-224-6116
Email: weber@gwmlaw.com
 trigg@gwmlaw.com