UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MILWAUKEE CENTER FOR INDEPENDENCE, INC.,

Plaintiff,

v.   Case No.: 15-cv-1479-LA

MILWAUKEE HEALTH CARE, LLC; AND WILLIAM NICHOLSON,

Defendant.

**Charging Order: PCE Company, LLC**

Plaintiff/Judgment Creditor, Milwaukee Center for Independence, Inc. ("MCFI") has filed a motion for Charging Order requesting the Court enter a charging order against the interests of Defendant/Judgment Debtor William Nicholson in PCE Company, LLC (the "Company") for the purpose of collecting the unsatisfied judgment entered in this case.

The Court finds that on September 18, 2018, it entered Judgment (Dkt. No. 135) in favor of MCFI and against Nicholson in the amount of $2,379,126.35, with interest thereon at the rate provided by law. The Court further finds that this Judgment remains unsatisfied, that Nicholson has a membership interest in Company, and that Nicholson is a manager of and registered agent for the Company. Service of this order on Mr. Nicholson therefore constitutes service on the Company.

IT IS HEREBY ORDERED THAT:

1. Pursuant to Wis. Stat. § 183.0705 the membership interest of the Defendant/Judgment Debtor, William Nicholson, in Company is charged with payment of the unsatisfied amount of the Judgment including costs, attorneys fees and interest.

2. Company is ordered to pay the Plaintiff/Judgment Creditor, MCFI, any money or property due or to become due to Nicholson on account of his membership interest in the Company, until the Judgment is satisfied in full, including attorneys' fees, interest and costs.

3. In the event that the Judgment against Nicholson is subsequently vacated, any money or property paid to MCFI on account of this order shall be refunded to Nicholson.

Dated at Milwaukee, Wisconsin, this 28th day of May, 2019.

BY THE COURT:

s/Lynn Adelman_____
HON. LYNN ADELMAN
U.S. District Judge